THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MAS, Appellant.

Defendant's confession, made after his companion made a statement implicating defendant in a prior robbery, was so attenuated as to dissipate any taint which might have resulted from his arrest (*see, Brown v Illinois*, 422 US 590; *People v Calhoun*, 78 AD2d 658). Lazer, J. P., O'Connor, Weinstein and Brown, JJ., concur.